FIOR D'ITALIA, INC., Plaintiff–
counter–defendant–Appellee,

v.

UNITED STATES of America,
Defendant-counter-claimant
Appellant.

No. 99–16021.

United States Court of Appeals,
Ninth Circuit.

Filed July 15, 2002.

Before KOZINSKI, KLEINFELD and McKEOWN, Circuit Judges.

### ON REMAND FROM THE UNITED STATES SUPREME COURT

### ORDER

We remand to the district court for further proceedings consistent with the Supreme Court's decision in *United States v.*

*Fior D'Italia, Inc.,* 536 U.S. ——, 122 S.Ct. 2117, 153 L.Ed.2d 280 (2002).